UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
RALPH W. BAKER JR.,                                                      :
:
                          Plaintiff,                    :            24-CV-8760 (JMF)
:
           -v-                                   :           <u>ORDER OF DISMISSAL</u>
:
NIKOLE HANNAH-JONES et al.,                                              :
:
                          Defendants.                    :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On December 11, 2024, the Court issued a Memorandum Opinion and Order to Show Cause explaining why, for several reasons, *sua sponte* dismissal of the action might be warranted and ordering Plaintiff to show cause by January 9, 2025, why the Complaint should not be dismissed.  *See* ECF No. 4.  The Court warned that "[i]f Baker fails to show cause or does not file anything by the deadline, the Court may dismiss the action — in whole or in part — *sua sponte* without further notice."  *Id.* at 8.  Plaintiff failed to file anything by the deadline.  Accordingly, and for the reasons stated in the Court's Memorandum Opinion, it is hereby ORDERED that the case is dismissed for failure to state a claim on which relief may be granted.  *See Wachtler v. Cnty. of Herkimer*, 35 F.3d 77, 82 (2d Cir. 1994) (noting that *sua sponte* dismissal is permissible "so long as the plaintiff is given notice and an opportunity to be heard" (internal quotation marks omitted)).

       This Court certifies, pursuant to Title 28, United States Code, Section 1915(a)(3), that any appeal from this Order would not be taken in good faith, and *in forma pauperis* status is thus denied.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

       The Clerk of Court is directed to close the case.

       SO ORDERED.

Dated: January 15, 2025
       New York, New York

                                                     _____
                                                             JESSE M. FURMAN
                                                        United States District Judge